UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NATHANIEL BARRETT,

                                                 Plaintiff,      **NOTICE OF APPEARANCE**

        -against-

THE CITY OF NEW YORK, POLICE OFFICER OMAR      07 CV 3826 (RMB)
R. BOSTIC (Shield 00900), POLICE OFFICER SELWYN
M. FONROSE (Shield 26957), and POLICE OFFICERS
JOHN DOES 1-4,

                                                Defendants.

------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that **Johana Castro**, Assistant Corporation Counsel, on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, appears herein as counsel of record for defendant City of New York in this action, and demands that a copy of the complaint and all notices and other papers be served upon defendant at this office.

Dated:  New York, New York
           June 19, 2007

                                                    MICHAEL A. CARDOZO
                                                   Corporation Counsel
                                                   of the City of New York
                                                   Attorney for Defendant City of New York
                                                   100 Church Street, Rm. 3-189
                                                   New York, New York 10007
                                                   (212) 788-0976

                                                   By:  _____
                                                         Johana Castro (JC 1809)
                                                        Assistant Corporation Counsel
                                                        Special Federal Litigation Division

To:    BY ECF
        Izabel Olszowa Garcia, Esq.