UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Nathaniel Barrett
                   Plaintiff(s),

- v -

City of New York et al.
                   Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

**Case Management Plan**

07 CV. 3826 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by September 28, 2007

(ii) Amend the pleadings by September 28, 2007

(iii) All discovery to be **expeditiously** completed by December 31, 2007

(iv) Consent to Proceed before Magistrate Judge Not at this time

(v) Status of settlement discussions Plaintiff has not yet made a demand   1/7/08 @ 9:30 with Principals

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions

(vii) Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix) Final Pre-Trial Conference

(x) Trial

(xi) Other

SO ORDERED: New York, New York
8/21/07

_RMB_
Hon. Richard M. Berman, U.S.D.J.