**MEMO ENDORSED**

**LAW OFFICE OF**

**IZABEL OLSZOWA GARCIA**

26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 855-4835   (646) 239-4330
FACSIMILE (718) 624-4748

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

January 28, 2008

*ADJOURNED TO 2/8/08 AT 10:00 A.M.*

SO ORDERED:
Date: 1/28/08
Richard M. Berman, U.S.D.J.

BY HAND
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Barrett v. The City of New York et al.
       07 CV 3826 (RMB)

Your Honor:

I represent the plaintiff in the above referenced matter. This matter is scheduled for a settlement conference on January 31, 2008. I respectfully request that the conference be adjourned because of my unavailability. Due to the passing of a family member, I will be at a funeral service on that date.

Assistant Corporation Counsel, Johana Castro, consents to this application. The parties are available on February 8, 2008 or on February 22, 2008 (except at 10:00 a.m. on February 22, 2008 plaintiff's counsel has a conference before the Hon. Judge Castel). Thank you for Your Honor's consideration.

Respectfully submitted,

Izabel Olszowa Garcia, Esq. (IG2844)

cc:   Via Facsimile
      Johana V. Castro, Esq.
      Assistant Corporation Counsel