```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATHANIEL BARRETT,

                          Plaintiff,                07 Civ. 3826 (RMB)

      -against-                        **ORDER OF DISCONTINUANCE**

CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------X

      Based on Defendants having indicated in a letter, dated February 7, 2008, that the parties have reached a settlement agreement in principle, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

      The conference scheduled for 10:00 a.m. on Friday, February 8, 2008 is vacated.

**SO ORDERED.**

Dated: New York, New York
         February 8, 2008

                                                         */s/ RMB*
                                                  **Richard M. Berman, U.S.D.J.**